### 15579.   CITIZENS BANK OF GAINESVILLE *v.* COKER.

LUKE, J.  The first grant of a motion for a new trial is complained of in this case, and the case is controlled by *Rowe Brothers Motor Express Co.* v. *Twiggs County*, 152 *Ga.* 548 (110 S. E. 307); s. c. 28 *Ga. App.* 211 (110 S. E. 925).

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED OCTOBER 7, 1924.

Complaint; from Floyd superior court—Judge Wright. April 4, 1924.

*Carl N. Davie, Charles S. Reid, Willingham, Wright & Covington,* for plaintiff.

*Harris & Harris, J. O. Adams,* for defendant.